*Solicitor General Jackson* for petitioner. *Messrs. Hugh W. McCulloch* and *Frank H. McCulloch* for respondent.

No. 385. FIRST CHROLD CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. John E. McClure* and *Robert N. Miller* for petitioner. *Solicitor General Jackson* for respondent.

No. 417. SAXE *v.* SHEA, ADMINISTRATOR. November 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Thomas D. Thacher* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch, Berryman Green,* and *Warner W. Gardner* for respondent. By leave of Court, *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, filed a brief on behalf of that State, as *amicus curiae,* in support of the petitioner.

No. 372, October Term, 1937. GRAVES ET AL. *v.* ELLIOTT ET AL. See *post,* p. 667.

No. 426. MILK CONTROL BOARD *v.* EISENBERG FARM PRODUCTS. November 21, 1938. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Messrs. Guy K. Bard* and *Harry Polikoff* for petitioner. *Mr. Thomas D. Caldwell* for respondent. By leave of Court, *Messrs. John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, *Milo R.*